

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

UNITED STATES OF AMERICA,

       **Plaintiff**

v.                             **CASE NO.  3:09CR238**

BENITO CHAJON-GUERRA,

       **Defendant.**

## REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This matter is before the court pursuant to Title 28 U.S.C. § 636(b)(1)(B) and (b)(3) upon

the Defendant's request to enter a plea of guilty pursuant to Fed. R. Crim. P. 11.  The matter was

presented to the court upon the written consent of the Defendant and counsel for the Defendant to

proceed before a United States Magistrate Judge, said consent including the Defendant's

understanding that he consented to not only having the Magistrate Judge conduct the hearing and

enter any order of forfeiture, if applicable, but also to having the Magistrate Judge make

necessary findings and accepting any guilty plea as may be entered that could not be withdrawn

except for fair and just reason.

    The Defendant pled guilty to a One Count Indictment in open court and pursuant to a

Rule 11 inquiry.  Upon consideration of the responses and statements made by the Defendant

under oath, on the record, and statement of facts presented, the court makes the following

findings:

    1.      That the Defendant is competent to enter a plea of guilty;

    2.      That the Defendant understands the nature of the charge against him to which his

plea is offered;

3.      That the Defendant understands what the maximum possible penalties are upon
        conviction of the offense charged, including any mandatory minimum periods of
        confinement, the effect of any required term of supervised release, the loss of
        various civil rights (if applicable, including the right to vote, the right to hold
        public office, the right to own and possess a firearm), the possibility of adverse
        immigration consequences (if applicable), the required imposition of a special
        assessment, forfeiture of real and/or personal property (if applicable), and
        restitution (if applicable);

4.       That the Defendant understands the federal sentencing guidelines may be
        considered by the court with regard to the imposition of sentence and that the
        sentencing court may depart from any recommended level;

5.      That the Defendant understands his right to persist in a plea of not guilty and
        require that the matter proceed to trial with all the rights and privileges attending a
        trial, including, but not limited to:  the right to effective assistance of counsel; the
        right to use the power and processes of the court to compel evidence on the
        Defendant's behalf; the right to confront and cross-examine adverse witnesses; the
        right to present relevant evidence; the right to remain silent; and the right to trial
        by jury; and

6.      That the plea of guilty entered by the Defendant was knowingly and voluntarily
        made with full knowledge of the consequences and with an independent basis in
        fact to support said plea.

Accordingly, the court accepted the Defendant's plea of guilty to a One Count Indictment

and entered judgment of guilt on the subject charge.  It is therefore the recommendation of this court that its findings, including the acceptance of the Defendant's plea of guilt and resulting judgment of guilt, be adopted.

Let the Clerk forward a copy of this report and recommendation to the Honorable Richard L. Williams and to counsel of record.

It is so Ordered.

/s/
Dennis W. Dohnal
United States Magistrate Judge

Dated: SEP 0 3 2009

## NOTICE

**The Defendant is advised that he may file specific written objection to this report and recommendation with the court within ten (10) days of this date.  If objection is noted, the party objecting must promptly arrange for the transcription of the relevant record and file it forthwith with the court for its use in any review.  Failure to object in accordance with this notice, including the requirement for preparation of a transcription of the relevant portions of the record, will constitute a waiver of any right to *de novo* review of the matter and may result in adoption of the recommendation, including the finding of guilt as entered by the magistrate judge.**